DISTRICT COURT OF THE UNITED STATES
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-cv-386-FDW

TERRANCE L. JAMES-BEY,       )
                                      )
                  Petitioner,   )
                                      )
       vs.                 )           **O R D E R**
                                        )
RENOICE E. STANCIL,          )
                                      )
                 Respondent.  )
                                        )

       **THIS MATTER** is before the Court on Petitioner's Motion to Stay re Petition for Writ

of Habeas Corpus under 28 U.S.C. § 2254, (Doc. No. 2), and on a Motion for Leave to Appear

Pro Hac Vice by attorney Frederick Liu, (Doc. No. 3).  Petitioner's local counsel is Sarah Jessica

Farber of North Carolina Prisoner Legal Services.

       In support of the motion to stay, Petitioner seeks to place Petitioner's habeas petition in

abeyance pending exhaustion of state remedies.  Specifically, Petitioner seeks a stay of this

action pending adjudication of Petitioner's Motion for Appropriate Relief filed in Cleveland

County Superior Court on May 22, 2013, in which Petitioner contends that he received a

mandatory sentence of life without parole as a juvenile, in violation of <u>Miller v. Alabama</u>, 132 S.

Ct. 2455 (2012).  Furthermore, although Petitioner concedes that this is a successive petition, he

states that the Fourth Circuit granted authorization on May 10, 2013, for him to file such petition.

<u>See</u> No. 12-287 (4th Cir. May 10, 2013).

       The Court will **GRANT** Petitioner's Motion to Stay, (Doc. No. 2), and the Motion for

Leave to Appeal Pro Hac Vice, (Doc. No. 3).  Petitioner shall promptly notify the Court when he

has exhausted state remedies and file a motion to lift the stay.

Signed: July 13, 2013

Frank D. Whitney
Chief United States District Judge