UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13cv386-FDW

| | | |
|---|---|---|
| TERRANCE L. JAMES-BEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| RENOICE E. STANCIL, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

**THIS MATTER** is before the Court upon attorney Frederick Liu's Unopposed Motion to Withdraw as counsel for Petitioner Terrence James-Bey (Doc. No. 15) and on a Motion for Leave to Appear Pro Hac Vice in this matter by attorney Mitchell P. Reich (Doc. No. 13).

Petitioner is a prisoner of the State of North Carolina currently serving a life sentence without the possibility of parole for first-degree murder. On June 24, 2013, Petitioner filed a Petition for Writ of Habeas Corpus, 28 U.S.C. § 2254, in this Court, raising an Eighth Amendment claim. (Doc. No. 1.) Action on the Petition has been stayed since July 13, 2013, while Petitioner exhausts his claim in the state courts. (Doc. No. 5.)

Petitioner is represented by Benjamin Finholt of North Carolina Prisoner Legal Services, Inc., and Frederick Liu of Hogan Lovells US LLP. Mr. Liu seeks to withdraw his representation because he has accepted a position elsewhere and will no longer be employed with Hogan Lovells US LLP. (Doc. No. 15.) Mitchell P. Reich, one of Mr. Liu's colleagues from Hogan Lovells, seeks to represent Petitioner in Mr. Liu's place. (Doc. No. 13.)

It appears that Mr. Reich meets the qualifications for admission in this District pro hac vice. Additionally, Petitioner has been notified of the proposed substitution of counsel, and

1

Respondent does not oppose Mr. Liu's Motion to Withdraw.  (Mot. 1, Doc. No. 15.) Accordingly, the Court shall grant both Motions.

**IT IS, THEREFORE, ORDERED** that the Motion for Leave to Appear Pro Hac Vice as to Mitchell P. Reich (Doc. No. 13) is **GRANTED**.

**IT IS FURTHER ORDERED** that Frederick Liu's Unopposed Motion to Withdraw as counsel for Petitioner Terrence James-Bey (Doc. No. 15) is **GRANTED**.

Signed: September 11, 2017

Frank D. Whitney
Chief United States District Judge